JANET LEE HOFFMAN, OSB No. 78114
E-mail:  janet@jhoffman.com
JUSTIN RUSK, OSB No. 175946
E-mail:  justinr@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

Attorneys for Defendant Just My Kicks, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DAVID STAPLETON in his capacity as COURT-APPOINTED RECEIVER for the RECEIVERSHIP ENTITY, including ZADEH KICKS, LLC dba ZADEH KICKS, an Oregon limited liability corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JUST MY KICKS LLC, a New Jersey limited liability company,,<br><br>            Defendant. | CASE NO. 6:24-cv-00056-MK<br><br>**DEFENDANT'S NOTICE OF RELATED CASES** |

Defendant submits this Notice of Related Cases pursuant to Local Rule 42-2.  The following cases are related in that they involve the same plaintiff (represented by the same counsel), assert the same general claims, and have common questions of law:[1]

1. Stapleton v. Just My Kicks, LLC – 6:24-cv-00056-MK;

2. Stapleton v. Idanks LLC – 6:24-cv-00085-MK;

---

[1] Additionally, four of the identified cases have continuity of counsel by all parties.

DEFENDANT'S NOTICE OF RELATED CASES – 1

3. Stapleton v. Katstrike Inc. – 6:24-00097-MK;

4. Stapleton v. Twenty-Two Shoes LLC – 6:24-cv-00066-AA;

5. Stapleton v. Sneak Peek, LLC – 6:24-cv-000012-MK;

6. Stapleton v. Halavi, Deadstock LA Inc. – 6:23-CV-01977-AA; and

7. Stapleton v. The Keystone Market LLC – 6:24-cv-00051-AA

At this time there is no request to consolidate these actions, but merely to provide notice to the Court of the existence of related cases in the event that motions that would impact all matters, like motions to remand or motions to dismiss, are filed by any party.

DATED: February 5, 2024

/S/ Justin T. Rusk_____
JUSTIN T. RUSK, OSB No. 175946
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email:  Justinr@jhoffman.com
Attorney for Defendant Just My Kicks, LLC

DEFENDANT'S NOTICE OF RELATED CASES – 2

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2024, I caused to be served the following

**DEFENDANT'S NOTICE OF RELATED CASES** on:

Daniel Larsen
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
*Counsel for Plaintiff*

Oren Bitan
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730
*Counsel for Plaintiff*

By:
ECF

/S/ Justin T. Rusk
JUSTIN T. RUSK, OSB No. 175946
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: Justinr@jhoffman.com
Attorney for Defendant Just My Kicks, LLC