IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID P. STAPLETON**,

                Plaintiff,

    v.

**JUST MY KICKS LLC**,

                Defendants.

**Lead Case No. 6:24-cv-00056-MK**
**ORDER**

**MCSHANE, Judge:**

    Magistrate Judge Mustafa T. Kasubhai filed three Findings and Recommendation reports (ECF Nos. 18, 19, 20), and the matter is now before the Court.[1] *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although Plaintiff did not file objections, the Court reviews the reports *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes that the reports are correct.

---

[1] Judge Kasubhai previously granted the parties' motion to consolidate related cases for the purposes of the pending motions to remand only. Those cases and respective motions are *Stapleton v. Just My Kicks, LLC*, 6:24-cv-0056-MK (ECF No. 9); *Stapleton v. Idanks LLC*, 6:24-cv-00085-MK (ECF No. 11); and *Stapleton v. Katsrike Inc.*, 6:24-cv-00097-MK (ECF No. 10).

1 –ORDER

Judge Kasubhai's Findings and Recommendations (ECF Nos. 18, 19 and 20) are adopted in full. Plaintiff's Motions to Remand (ECF No. 9 in USDC No. 6:24-cv-00056-MK; ECF 11 in 6:24-cv-00085-MK; and ECF No. 10 in 6:24-cv-00097-MK) are DENIED.[2]

IT IS SO ORDERED.

DATED this 1st day of May, 2024.

        /s/ Michael J. McShane        
Michael McShane
United States District Judge

---

[2] The Court similarly adopts in full Judge Kasubhai's Finding and Recommendations in the associated cases. *Just My Kicks LLC*, Case No. 6:24-cv-00056-MK, ECF Nos. 19, 20. Plaintiff's Motions to Remand (*Idanks LLC*, 6:24-cv-00085-MK (ECF No. 11); and *Katsrike Inc.*, 6:24-cv-00097-MK (ECF No. 10)) are DENIED.

2 –ORDER