IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID P. STAPLETON**, *in his capacity as COURT-APPOINTED RECEIVER for the Receiver for the RECEIVERSHIP ENTITY, including ZADEH KICKS, LLC dba ZADEH KICKS,*

      **Plaintiff**,

  v.

**Just My Kicks LLC**, *a New Jersey limited liability company,*

      **Defendant**.

Civ. No. 6:24-cv-00056-MK

ORDER

**MCSHANE, Judge:**

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 32), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court will review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes that the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 32) is adopted in full. Defendant's Motion to Dismiss (ECF No. 26) is DENIED.

IT IS SO ORDERED.

DATED this 6th day of August, 2024.

                                                      _____/s/ Michael J. McShane_____
                                                                Michael McShane
                                                          United States District Judge